**JS-6**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD CANCINOS, individually and on behalf of others similarly situated; CHRISTIAN WATERS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03071-WLH-KS<br>Consolidated with Case No. 2:24-cv-05484-WLH-KS<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND [76]** |

On July 17, 2026, the Parties filed the Joint Stipulation to Remand. The Parties have agreed to remand the action entitled *Donald Cancinos v. Lockheed Martin Corporation*, United States District Court for the Central District of California, Case No. 2:24-cv-03071-WLH-KS ("*Cancinos* Federal Action") and the action entitled *Christian Waters v. Lockheed Martin Corporation*, United States District Court for the Central District of

California, Case No. 2:24-cv-05484-WLH-KS ("*Waters* Federal Action") to the Los Angeles County Superior Court.

The Court, having considered the Parties' Joint Stipulation to Remand ("Stipulation") and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** that the *Cancinos* Federal Action and *Waters* Federal Action are hereby **REMANDED** to Los Angeles County Superior Court.

**IT IS SO ORDERED.**

Dated: July 22, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE